CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
Herrerc4@nv.ccsd.net
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVITA CARPENTER,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, CHRISTOPHER BERNIER, NADINE JONES, and MONICA CORTEZ,<br><br>Defendants. | Case No. 2:20-cv-00560-GMN-BMW<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE TIME WITHIN WHICH DEFENDANTS MAY ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Davita Carpenter and Defendants Clark County School District ("School District"), Christopher Bernier, Nadine Jones, and Monica Cortez (collectively, "Defendants"), by and through their respective attorneys of record, hereby stipulate and agree pursuant to Local Rule 7-1 as follows:

1. Whereas, on March 23, 2020, Plaintiff in the United States District Court, District of Nevada a complaint, which was assigned Case No. 2:20-cv-00560-GMN-BNW (the "Complaint").

2. Whereas, on or about May 4, 2020, Plaintiff served Defendants School District, Bernier, and Jones with the Complaint.

3. Whereas, on or about May 7, 2020, Plaintiff served Defendant Cortez with the Complaint.

4. Whereas, Defendants School District, Bernier, and Jones' responsive pleading is due by May 26, 2020.

5. Whereas, Defendant Cortez' responsive pleading is due by May 28, 2020.

6. Whereas, Defendants require additional time to properly respond to the Complaint; therefore, the Parties agree to an additional fourteen (14) day extension of time through June 9, 2020, for Defendants to answer or otherwise respond to the Complaint.

7. Whereas, this is the first request for an extension regarding the filing of Defendants' response to Plaintiff's Complaint, which is made in good faith, not for the purposes of delay, and neither party is prejudiced by the short extension.

| | |
|---|---|
| DATED: May 22, 2020 | DATED: May 22, 2020 |
| CLARK COUNTY SCHOOL DISTRICT<br>OFFICE OF THE GENERAL COUNSEL | LAW OFFICE OF DANIEL MARKS |
| By: */s/ Crystal J. Herrera*<br>    Crystal J. Herrera (#12396)<br>    5100 West Sahara Avenue<br>    Las Vegas, NV  89146<br>    *Attorney for Defendants* | By: */s/ Adam Levine*<br>    Adam Levine, Esq. (#4673)<br>    610 South Ninth Street<br>    Las Vegas, NV  89101<br>    *Attorney for the Plaintiff* |

IT IS SO ORDERED

DATED:  6:50 pm, May 26, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE