CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
CRYSTAL J. HERRERA, ESQ.
Nevada Bar No. 12396
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
Herrec4@nv.ccsd.net
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVITA CARPENTER, | Case No. 2:20-cv-00560-GMN-BMW |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| CLARK COUNTY SCHOOL DISTRICT, CHRISTOPHER BERNIER, NADINE JONES, and MONICA CORTEZ, | |
| Defendants. | |

   Plaintiff Davita Carpenter, and Defendants Clark County School District, Christopher Bernier, Nadine Jones, and Monica Cortez, by and through their respective counsel, having agreed to resolve this matter, hereby stipulate and request that the above-captioned matter be dismissed, with prejudice.

…

…

…

…

…

…

Each party shall bear its own costs and fees incurred in this dispute.

DATED: October 12, 2020

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL


By: */s/ Crystal J. Herrera*
   Crystal J. Herrera (#12396)
   5100 West Sahara Avenue
   Las Vegas, NV  89146
   *Attorney for Defendants*

DATED: October 12, 2020

LAW OFFICE OF DANIEL MARKS


By: */s/ Adam Levine*
   Adam Levine, Esq. (#4673)
   610 South Ninth Street
   Las Vegas, NV  89101
   *Attorney for the Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this   14   day of October, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT